UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CRIMINAL ACTION NO. 3:09-CR-170

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.

MICHAEL CHANTHOU CHIN,                                                                DEFENDANTS
ET AL.

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on a Motion for an Individual Interpreter by Defendant Huong Sreng [DN 749], Defendant Kong Cheng Ty [DN 750], Defendant Chandamaly Koy Chea [DN 755], Defendant Sreymom Chuon [DN 756], Defendant Michael Chanthou Chin [DN 765], Defendant Phech Hou Eng [DN 771], Defendant Chhenghy Heng [DN 805], and Defendant Sona Ngov [DN 841]. Because the motions are nearly identical, the Court will discuss them concurrently. Fully briefed the matters are ripe for decision. For the reasons that follow, the motions are denied.

Defendants, whose native language is Cambodian, seek the use of individual interpreters at their trial. However, "[a]s long as the defendants' ability to understand the proceedings and communicate with counsel is unimpaired, the appropriate use of interpreters in the courtroom is a matter within the discretion of the district court." United States v. Lim, 794 F.2d 469, 471 (9th Cir. 1986). See United States v. Coronel-Quintana, 752 F.2d 1284, 1291 (8th Cir. 1985). For practical reasons, the Court is unable to satisfy Defendants' request, but will provide a sufficient number of interpreters to ensure that Defendants are afforded due process. The Defendants will also be given the opportunity to recess upon request to confer with counsel in the presence of an interpreter if needed.

Based on the foregoing, **IT IS HEREBY ORDERED** that Defendants' Motions for Individual Interpreters [DN 749, DN 750, DN 755, DN 756, DN 765, DN 771, DN 805, DN 841] are **DENIED**.

cc. Counsel of Record