UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CRIMINAL ACTION NO. 3:09-CR-170

UNITED STATES OF AMERICA                                              PLAINTIFF

v.

MICHAEL CHANTHOU CHIN,                                              DEFENDANTS
ET AL.

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on a motion by Defendant Chandamaly Koy Chea and Defendant Michael Chanthou Chin for an order directing the government to assist Defendants in obtaining a witness visa [DN 754, DN 767]. At the hearing held on June 28, 2011, Defendants agreed to first exhaust all individual efforts in obtaining the witness visa. The government also agreed to assist Defendants in the event the witness visa is denied.

Based on the foregoing, **IT IS HEREBY ORDERED** that the motions ordering the government to assist Defendants in obtaining a witness visa [DN 754, DN 767] are **DENIED AS MOOT**.

cc. Counsel of Record